IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

**MICHAEL CORY BROWN,** §
§
      Plaintiff, §
§
v. §
§ Civil Action No. **3:17-CV-2131-L-BN**
**METROPLEX PLUMBING,** §
§
      Defendant. §

## ORDER

On October 5, 2017, United States Magistrate Judge David L. Horan entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court dismiss with prejudice pro se Plaintiff Michael Cory Brown's ("Plaintiff") race-based employment law discrimination claims for failure to state a claim upon which relief can be granted and dismiss without prejudice any other claims Plaintiff intended to assert as unexhausted. The Report also indicates that Plaintiff was given an opportunity to amend his pleadings but did not do so. No objections to the Report were filed.

After carefully reviewing the pleadings, file, the record, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses with prejudice** Plaintiff's race-based employment law discrimination claims for failure to state a claim upon which relief may be granted and **dismisses without prejudice** any other claims Plaintiff intended to assert as unexhausted. Additionally, because Plaintiff was previously given the opportunity to amend his pleadings but did not file an amended complaint, the court agrees with the magistrate judge's conclusion that Plaintiff has stated

his best case, and, for this reason, Plaintiff will not be given any further opportunities to amend his pleadings.

**It is so ordered** this 18th day of December, 2017.

Sam A. Lindsay
United States District Judge